NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LANDRY'S SEAFOOD HOUSE-            )
FLORIDA, INC.,                     )
                                   )
            Appellant/Cross Appellee,  )
                                   )
v.                                 )       Case No. 2D18-3611
                                   )
FRANK DE LA GRANA, an individual;  )
SIMON CANASI, an individual;       )
ST. PETE IGUANA, INC., a Florida   )
Corporation; and RICHARD           )
CALDERONI, an individual,          )
                                   )
            Appellees/Cross Appellants,  )
_____  )

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Murray B. Silverstein and Brian R.
Cummings of Greenspoon Marder LLP,
Tampa, for Appellant/Cross Appellee.

Kenneth G. Turkel, Shane B. Vogt, and
Anthony Severino of Bajo, Cuva, Cohen, &
Turkel, P.A., Tampa; and David M.
Caldevilla of de la Parte & Gilbert, P.A.,
Tampa, for Appellees/Cross Appellants
de la Grana and Canasi.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.